AO 442 (Rev. 11/11) Arrest Warrant

USDC- BALTIMORE
'23 AUG 23 AM 10:55

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SEALED**

United States of America
v.

REGINALD DAVIS

Defendant

Case No. SAG 23 cr 269

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  REGINALD DAVIS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, 18 U.S.C. § 1343
Money Laundering, 18 U.S.C. § 1957

Date: 8/3/23

Issuing officer's signature

City and state: Baltimore, Maryland

Honorable Matthew J. Maddox, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 8/8/2023, and the person was arrested on (date) 8/9/2023
at (city and state) Baltimore, MD

Date: 8/9/2023

Arresting officer's signature

Owen O'Connell - Special Agent
Printed name and title