THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**      *

    v.                                         *   Case No.  SAG-23-0269

  **REGINALD DAVIS**                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the Defendant, Reginald Davis, by his attorney, Law Offices of Gerald C. Ruter, P.C., and requests this Honorable Court enter an Order that modifies his current conditions of release and for reasons states as follows:

1. Mr. Davis was indicted for wire fraud and money laundering on or about August 3, 2023.

2. Mr. Davis first appeared before the Court on August 9, 2023, and was released on his personal recognizance, with certain conditions.

3. One condition the Court placed upon Mr. Davis is found at paragraph (8)(x) that he "(R)efrain from possessing any personal identifying information other than your own."  ECF 9.

4. Mr. Davis is the personal representative of the estates of Judy Kemp, his mother; Jerome Anderson, his step-father; and his brother, Jaheim Anderson. All three estates are opened in

the state of Illinois, in or near Chicago, where Mr. Davis was born and raised.

5. In each instance, Mr. Davis is in the possession of PII of these three relatives and he will be required to act upon their respective estate matters as directed by the laws of Illinois.

6. Mr. Davis is requesting that paragraph (8)(x) of the Court's Conditions of Release be modified to exclude from the requirements of that section the PII of the three relatives above named so he may properly execute the duties required of him.

7. Aaron Zelinsky, the Assistant United States Attorney assigned to this case and Erin Thumma with Pretrial Services, have no objections to this request.

8. All other conditions of release now in effect shall remain in full force and effect.

**WHEREFORE**, it is prayed this Honorable Court sign an Order modifying the conditions set forth in paragraph (8)(x) of the Conditions of Release Order signed by the Court on August 9, 2023, as above stated.

Respectfully Submitted,


/S/ GERALD C. RUTER
_____
GERALD C. RUTER
LAW OFFICES OF GERALD C. RUTER, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland  21237
410 238-8000
ruterlaw@verizon.net



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of September, 2023, a copy of the foregoing Defendant's Motion for Modification of Conditions of Release was electronically delivered to all counsel of record as well as Erin Thumma at her email address.


 /S/ GERALD C. RUTER
_____
GERALD C. RUTER