THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

       v.                        *    Case No.  SAG-23-0269

    **REGINALD DAVIS**          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**FIFTH ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE**

**HAVING READ AND CONSIDERED** Defendant's Fifth Motion for Modification of Conditions of Release, there being no objection from Government counsel or Pretrial Services, and finding good cause to do so, it is this __9th__ day of __July__, 2024, by the United States District Court for the District of Maryland,

**ORDERED** that the Order Setting Conditions of Release, dated August 9, 2023, at ECF 9, be and is hereby amended to exclude the requirement that the Defendant, Reginald Davis, notify his employer, AmazonFlex, of the alleged offense; and it is further,

**ORDERED** all other conditions of release shall remain in full force and effect.

_____
**UNITED STATES MAGISTRATE JUDGE**
J. Mark Coulson