| | |
|---|---|
| **From:** | Reginald Davis |
| **To:** | Staci Summers |
| **Cc:** | Anwar Young; Joe Carpenter; Javier Goldin |
| **Subject:** | RE: Fraudulent Checks |
| **Date:** | Friday, April 23, 2021 10:27:30 AM |

Hi Staci,

Thank you for the feedback and concern. At this point, we're still working through this issue with PNC. Should we need to escalate this further we are prepared to do so. It is not necessary to alert the FBI at this point.

Reggie

**From:** Staci Summers <lakehurstlady@yahoo.com>
**Sent:** Friday, April 23, 2021 10:15 AM
**To:** Javier Goldin <jgoldin@goldingroup.biz>
**Cc:** Reginald Davis <rdavis@strongcitybaltimore.org>; Anwar Young <alyoung@younglawgroup.co>; Joe Carpenter <jcarpenter@brownadvisory.com>
**Subject:** Fraudulent Checks

Good morning Javier!

I'm addressing my questions and concerns to you as CFO for SCB.  I'd like to know why the bank will not release information on who cashed these checks, and why they are saying they will not refund the money and fees.  This doesn't make sense to me.  I also believe the FBI should be notified and investigate as this is a federal crime.  Do you agree?  I believe we need answers on this matter urgently.  What do you think?

Thanks for your attention,

Staci