IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Crim. No. SAG-23-269 |
| | * | |
| **REGINALD DAVIS,** | * | |
| | * | |
| **Defendant.** | * | |
| | ****** | |

## ORDER

For the reasons discussed on the record today, the Government's Omnibus Motion for *In Limine* Rulings, ECF 58, is GRANTED IN PART and DENIED IN PART as follows:

1. The Government's motion to preclude the Defendant from introducing evidence and argument concerning alleged negligence by the victim lender, loan processors, or the SBA is DENIED AS MOOT;

2. The Government's motion to preclude evidence and argument regarding charging decisions or selective prosecution of the Defendant is DENIED AS MOOT;

3. The Court will permit general testimony that Defendant experienced a series of deaths in the family in quick succession and, as a result, was spending time in Chicago to deal with arrangements;

4. The Government's motion to preclude the Defendant from introducing his own out-of-court statements will be GRANTED as a general matter; however, this ruling will be reevaluated to the extent the rule of completeness becomes an issue at trial;

5. The Government's motion to introduce evidence regarding the Defendant's involvement in obtaining and using Strong City Baltimore's first draw PPP loan is GRANTED.

So Ordered.

Dated: June 10, 2025                                         /s/
                                                    Stephanie A. Gallagher
                                                    United States District Judge