JLW/ADE:  USAO# 2023R00515
*Mch 6/25/2025*

USDC- BALTIMORE
'25 JUN 27 PM 12:45

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. SAG-23-269** |
| **v.** | * | |
| | * | **(Bank Theft, 18 U.S.C. § 2113(b);** |
| **REGINALD DAVIS,** | * | **Aiding and Abetting 18 U.S.C. § 2)** |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\***

### SUPERSEDING INFORMATION

### COUNT ONE
### (Misdemeanor Bank Theft)

The United States Attorney for the District of Maryland charges:

In or about March 2021, in the District of Maryland, the defendant,

### REGINALD DAVIS,

did knowingly take and carry away, and aided and abetted the taking and carrying away of, with

intent to steal and purloin, property and money belonging to and in the care, custody, control,

management and possession of Bank 1, a financial institution whose deposits were insured by the

Federal Deposit Insurance Corporation, to wit, **DAVIS** caused material misrepresentations to be

made to Bank 1 to obtain a Paycheck Protection Program loan, and he took and carried away funds

belonging to Bank 1 by causing electronic transfers of funds obtained from Bank 1 under false

pretenses.

18 U.S.C. §§ 2113(b), 2

Kelly O. Hayes / ADE

Kelly O. Hayes
United States Attorney